IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1668-JLK**

**ALEKSANDRA FREY**,

       Plaintiff,

v.

**ALBERTON GONZALES, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
ROBERT MATHER, U.S. Citizenship and Immigration Services, District Director,
    Denver District Office
FEDERAL BUREAU OF INVESTIGATION, and
ROBERT MUELLER, Director, Federal Bureau of Investigation,**

       Defendants.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of Plaintiff's Motion to Dismiss (doc. #13), filed November 26, 2007, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED**, the parties to bear their own costs and attorney fees. The December 5, 2007 Trial Preparation Conference and the December 13, 2007 Trial are **VACATED**.

Dated this 27th day of November, 2007.

                                 BY THE COURT:

                                 *S/John L. Kane*
                                 JOHN L. KANE, SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT